# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHANNAN TOMAINO,

                   Plaintiff,

vs.

SARM FIVE POINTS PLAZA, LLC, a Washington Limited Liability Company; and Does 1-10,

                   Defendant.

**Case No.: 8:19-cv-01131-JLS-ADS**

*Hon. Josephine L Staton*

**ORDER FOR DISMISSAL WITH PREJUDICE**

Action Filed:  June 6, 2019
Trial Date:      TBD

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shannan Tomaino's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant Sarm Five Points Plaza, LLC ("Defendant").

Dated:  September 24, 2019

JOSEPHINE L. STATON
Hon. Josephine L. Staton
Judge, United States Court
Central District of California